# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                  Case Number:   13-cv-5354

Philadelphia Indemnity Insurance Company v.

Toledo Museum of Art and Central States, Southeast and South West Areas Pension Fund


AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Philadelphia Indemnity Insurance Company


| |
|---|
| NAME (Type or print) <br>     Brendan J. Nelligan |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br>     s/Brendan J. Nelligan |
| FIRM <br> Pretzel & Stouffer, Chartered |
| STREET ADDRESS   One South Wacker Drive, Suite 2500 |
| CITY/STATE/ZIP <br> Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6233756 | (312) 346-1973 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO X |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the Attorney Appearance of Brendan J. Nelligan was filed electronically this 26th day of July, 2013. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic system.

/s/Brendan J. Nelligan
Attorney Name, IL Bar No. ARDC6233756
PRETZEL & STOUFFER, CHARTERED
One South Wacker Drive, Suite 2500
Chicago, Illinois 60606
(312) 346-1973 - Phone
(312) 346-8242 - Fax
bnelligan@pretzel-stouffer.com
*Attorneys for Philadelphia Indemnity Insurance Company*